**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | James F Hadden Sr<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2703<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–20900–JNP | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James F Hadden Sr

<u>8/6/21</u>                                                                  **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 17-20900-JNP

James F Hadden, Sr                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                 User: admin                                      Page 1 of 3
Date Rcvd: Aug 06, 2021                   Form ID: 3180W                               Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James F Hadden, Sr, 287 Sheppards Mill Rd, Bridgeton, NJ 08302-5842 |
| cr | + | KONDAUR CAPITAL CORPORATION, AS SEPARATE TRUSTEE O, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SN Servicing Corporation, as servicer for Elizon M, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 517100080 | + | Cinch Captial Investment Group, 1000 river side ave, suite 400, Jacksonville, FL 32204-4108 |
| 516851130 | + | Dezarie Hadden, 287 Sheppards Mill Road, Bridgeton, NJ 08302-5842 |
| 516851131 | + | Hopewell Township, 590 Shiloh Pike, Bridgeton, NJ 08302-1492 |
| 517026990 | | KONDAUR CAPITAL CORPORATION, AS SEPARATE et.al., KONDAUR CAPITAL CORP., 333 SOUTH ANITA DRIVE, SUITE 400, ORANGE CA 92868-3314 |
| 516851135 | + | Kondaur Capital Collection, 333 S Anita Dr. Suite 400, Orange, CA 92868-3314 |
| 516851136 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518221004 | + | Rebecca A. Solarz, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516851137 | + | SJ Water Conditioning Services, Inc, 760 Shiloh Pike, Bridgeton, NJ 08302-1460 |
| 516851138 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 517355698 | | Wilmington Savings Fund Society,, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517355699 | + | Wilmington Savings Fund Society,, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Wilmington Savings Fund Society, Shellpoint Mortgage Servicing 29603-0826 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516851129 | | Email/Text: bankruptcy@pepcoholdings.com | Aug 06 2021 20:27:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517789206 | + | Email/Text: bknotices@snsc.com | Aug 06 2021 20:27:00 | Elizor Master Participation Trust I, et al, c/o SN Servicing Corp, 323 5th Street, Eureka, CA 95501, Elizor Master Participation Trust I, et, c/o SN Servicing Corp 95501-0305 |
| 517789205 | + | Email/Text: bknotices@snsc.com | Aug 06 2021 20:27:00 | Elizor Master Participation Trust I, et al, c/o SN Servicing Corp, 323 5th Street, Eureka, CA 95501-0305 |
| 517312615 | + | Email/Text: ar@figadvisors.com | Aug 06 2021 20:27:00 | Fig Capital Investment, LLC, PO Box 54472, New Orleans,, LA 70154-4472 |
| 517179623 | + | Email/Text: ar@figadvisors.com | Aug 06 2021 20:27:00 | Fig Capital Investment, LLC, 8323 Ramona Blvd. W, Jacksonville, FL 32221-1501 |
| 516851133 | | EDI: IRS.COM | | |

|  |  |  | Aug 07 2021 00:23:00 | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| --- | --- | --- | --- | --- |
| 516852681 | + | EDI: RECOVERYCORP.COM | Aug 07 2021 00:23:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516992973 | + | EDI: RECOVERYCORP.COM | Aug 07 2021 00:23:00 | Orion Portfolio Services LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516971404 |  | EDI: AIS.COM | Aug 07 2021 00:23:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 519251906 |  | NWL Company,, LLC |
| 519251907 |  | NWL Company,, LLC, NWL Company,, LLC |
| 516851132 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 516851134 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021                                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian E Caine | on behalf of Creditor Elizor Master Participation Trust I et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee bankruptcy@friedmanvartolo.com |
| Melissa N. Licker | on behalf of Creditor Elizon Master Participation Trust I U.S. Bank Trust National Association, as Owner Trustee NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz |  |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 06, 2021 | Form ID: 3180W | Total Noticed: 25 |

        on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee
rsolarz@kmllawgroup.com

Seymour Wasserstrum
        on behalf of Debtor James F Hadden  Sr mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9